AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____Southern District of Florida_____

| | |
|---|---|
| Andres Gomez <br><br> *Plaintiff(s)* <br> v. <br><br> **Complete Choice Insurance** <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br><br> 0:20-cv-62362-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Complete Choice Insurance
13710 W STATE ROAD 84
DAVIE, FL 33325**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alberto R. Leal, Esq.
The Leal Law Firm, P.A.
8927 Hypoluxo Rd. Lake Worth, FL 33463
E-Mail: al@thelealfirm.com
Phone: 561-237-2740

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __Nov 19, 2020__

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts