## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**ANDRES GOMEZ,**

    **Plaintiff**　　　　　　　　　　　　　　　Case Number:  0:20-cv-62362-RAR

**BRIAN HODGERS, P.L.C. d/b/a COMPLETE CHOICE INSURANCE,**

And

**COMPLETE CHOICE INSURANCE**

    **Defendant(s)**

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action without prejudice as applied to all Defendants and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

                                       Respectfully submitted,

Dated: February 5, 2021　　　　　　　　　*/s/ Alberto R. Leal*.
　　　　　　　　　　　　　　　　　　　　Alberto R. Leal
　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 1002345
　　　　　　　　　　　　　　　　　　　　E-Mail: al@thelealfirm.com
　　　　　　　　　　　　　　　　　　　　The Leal Law Firm, P.A.