**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-62362-RAR**

**ANDRES GOMEZ**,

    Plaintiff,

v.

**COMPLETE CHOICE INSURANCE**,

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 14] ("Notice"). The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of February, 2021.

                                                       _____
                                                       **RODOLFO A. RUIZ II**
                                                       **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record